In the Matter of the Claim of FRED WOOD, Respondent, against SENECA IRON AND STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the employer and carrier, who do not deny their liability for payments of disability benefits, but object to the awards on the grounds that the amount of compensation payable to the claimant is improperly computed. The claimant was an electrician and continued to do his regular work for some years after the accident, for which he received his regular pay. The amount of the pay was reduced and his hours shortened due to industrial conditions. He was then transferred to another position which had a lower rate of pay. The Industrial Board found on sufficient evidence that he was unable to perform the duties of the position that he was engaged in at the time of the accident because of the injuries received and, therefore, it made the award which is sustained by the evidence. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of CLARENCE WILLIAMS, Respondent, against DUFF DISTRIBUTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant, while lifting a box containing a case of mayonnaise, felt a jerk and strain in his right side and a hernia resulted. The claim was first disallowed, further testimony taken and an award made directing the employer and the insurance carrier to furnish an operation. From this determination the appeal was taken. The evidence sustains the Industrial Board's finding of an accident. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ELEANOR M. BROPHY, Respondent, against THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appellant made involuntary payment into the aggregate trust fund. The Board computed compensation payable to the widow, with proper notice to the employer (241 App. Div. 306). The Board has directed refund without interest. Interest is payable as damages for the improper withholding of funds by a governmental agency only when provided for by statute. There is no statute permitting payment in this case. Decision affirmed, with costs to the State Industrial Board. Hill, P. J., McNamee, Crapser and Bliss, JJ., concur; Rhodes, J., dissents.